Dan H. Brown, Appellant, v. George W. Bayless and Mattie Bayless, Trading as Greenwood Inn, Appellees.

Gen. No. 44,952.

John H. Roser, for

appellant; Eliot H. Evans and John L. Smith, for appellees. Opinion by Presiding Justice Friend. **Not to be published in full.** Opinion filed March 14, 1950; rehearing denied March 29, 1950; released for publication April 3, 1950.